**Order filed January 11, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01122-CV
_____

### BEN CAVIL, Appellant

### V.

### FV-1 TRUST FOR STANLEY MORTGAGE CAPITAL HOLDINGS, L.L.C., Appellee

**On Appeal from County Court No. 3**
**Galveston County, Texas**
**Trial Court Cause No. CV-0068250**

## ORDER

This is an appeal from a judgment signed September 25, 2012. On December 17, 2012, appellant filed a motion in this court requesting a temporary stay of the judgment and execution of the writ of possession on the property located at 3937 Lake Star Drive, League City, Texas 77573. The motion was granted and a response requested from appellee, FV-1 in Trust for Morgan Stanley Mortgage Capital Holdings, L.L.C. A response has been filed.

Because no supersedeas bond was filed within ten days of the judgment, the judgment may not be stayed pending appeal. *See* Tex. Prop. Code Ann. § 24.007 (West 2000); *Wilhelm v. Fed. Nat. Mortg. Ass'n*, 349 S.W.3d 766, 768 (Tex. App. - - Houston [14th Dist.] 2011, no pet.). Although appellant stated that he had requested that the trial judge set the bond, we find no such request in the clerk's record. Accordingly, the stay order issued by this Court on December 17, 2012, in trial court cause number CV-0068250, styled *FC-1 in Trust for Morgan Stanley Mortgage Capital Holdings, L.L.C. v. Ben A. Cavil and all other occupants,* is lifted. Appellee's request for costs is denied.


PER CURIAM


Panel consists of Justices Frost, Christopher, and Jamison.